IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GIANT EAGLE, INC., a Pennsylvania corporation, | ) CIVIL ACTION ) ) Case No. 04-1211 |
| Plaintiff, | ) ) JURY TRIAL DEMANDED |
| vs. | ) ) |
| BTS WEST MIFFLIN L.P., a Delaware limited partnership, | ) ) ) |
| Defendant. | ) |

## STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE

Plaintiff, Giant Eagle, Inc. and Defendant BTS West Mifflin LP, having reached an amicable settlement, and hereby stipulate to the dismissal of all claims pending in the above-captioned action pursuant to Rule 41(a) of the Federal Rules of Civil Procedure. It is further stipulated by all parties that such dismissal is with prejudice.

IT IS SO STIPULATED AND AGREED THIS 7th DAY OF DECEMBER, 2005:

Robert L. Allman, II
Pa.I.D. No. 19660
James S. Larrimer
Pa.I.D. No. 62956
Marcus & Shapira LLP
One Oxford Centre
301 Grant Street, 35th Floor
Pittsburgh, PA 15219
(412) 471-3490

Counsel for Plaintiff,
Giant Eagle, Inc.

W. Gregory Rhodes
Klett Rooney Lieber & Schorling
40th Floor, One Oxford Centre
Pittsburgh, PA 15219
(412) 392-2000

Counsel for Defendant,
BTS West Mifflin, L.P.

AND NOW this 8th day of Dec, 2005 it is so ordered.

Donetta W. Ambrose
UNITED STATES DISTRICT JUDGE

489553v1